UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CRISTINA MAGANA-PIZANO, <br><br> Defendant. | Case No. 4-20-70254 DMR <br><br> ORDER |

On March 4, 2020, this Court granted the United States' oral motion to release the defendant and close this Rule 5 matter. The defendant was a material witness in *United States v. Victor Manuel Soto-Little and Reyna Ruiz-Rosales*, 3:10-cr-01189-H. That case is now concluded, with both defendants pleading guilty in 2010 and 2011. The U.S. Attorney's Office for the Southern District of California has moved to withdraw the arrest warrant for defendant Magana-Pizano and stated that it does not intend to proceed with the charges stemming from the violations that led to the arrest warrant for Magana-Pizano;

IT IS HEREBY ORDERED that this Rule 5 matter is closed.

DATED: March 5, 2020

DONNA M. RYU
U.S. MAGISTRATE JUDGE

ORDER
4-20-70254 DMR          1